___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

AO 93 (Rev. 11/13) Search and Seizure Warrant

MAY 02 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington
By _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
для the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>US Mail Parcel, bearing confirmation number EE453900302US, as further described in Attachment A. | ) ) ) ) ) ) ) Case No. MJ19-163 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Western__ District of __Washington__ *(identify the person or describe the property to be searched and give its location)*:

US Mail Parcel, bearing confirmation number EE453900302US, as further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B for list of items to be seized.

**YOU ARE COMMANDED** to execute this warrant on or before __May 2, 2019__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __any U.S. Magistrate Judge in West. Dist. of Washington__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __April 22, 2019 at 10:00 a.m.__    _____
                                                          *Judge's signature*

City and state: __Seattle, Washington__    __Brian A. Tsuchida, Chief United States Magistrate Judge__
                                            *Printed name and title*

USAO: 2019R00298 [COLLIER to NGUYEN]

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ19-163 | 4/22/2019 @ 1314 hours | USPS |

Inventory made in the presence of: Inspector M. Harrold

Inventory of the property taken and name of any person(s) seized:

$4,015.00 in U.S. currency

(1) pair of Nike shoes used for concealment

4/22/2019

4/22/2019

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. 5/3/19

Date: 4/22/2019

Justin P. Lothyan
Executing officer's signature

Justin P. Lothyan / U.S. Postal Inspector
Printed name and title

## ATTACHMENT A
### Parcel to be searched

One Express Mail parcel addressed to "Rich Nguyen, 16516 Twin Lake Ave. #K102, Marysville, WA 98271," with a return address of "LaJohnta Collier, 2605 Maple St., Texarkana, TX 75501." The SUBJECT PARCEL measures approximately 10" x 6" x 16" with a weight of approximately 3 pounds, 13 ounces. The SUBJECT PARCEL is postmarked April 17, 2019, from Texarkana, TX 75501, and carries $58.80 in postage. The tracking number assigned to the SUBJECT PARCEL is EE453900302US.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT B
## Items to be seized

The following items that constitute evidence, instrumentalities, or fruits of violations of Title 21, United States Code, Section(s) 841(a)(1) and 843(b):

a. Controlled substances, including, but not limited to, cocaine, heroin, marijuana and methamphetamine;

b. Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

c. Controlled substance-related paraphernalia;

d. Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

e. Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

f. Fingerprints and/or handwriting, to identify who handled and/or mailed the packages.

ATTACHMENT B – 1
USAO# 2019R00298 [COLLIER to NGUYEN]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970